**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

ARC Venture Holding, Inc., *et al.*,

Debtors.[1]

Case No. 08 – 46367 (NCD)

(Jointly Administered)

---

### K&L GATES'S MOTION TO EXTEND DEADLINE TO FILE STIPULATION

---

K&L Gates LLP ("*K&L Gates*"), counsel to the official committee of unsecured creditors appointed in the above-captioned bankruptcy case (the "*Committee*"), hereby moves the Court (the "*Motion*") for an extension of the deadline to file a stipulation in connection with this Court's *Order for Evidentiary Hearing on Applications for Compensation by K&L Gates as Attorney for UCC, and Arlow Group, as Financial Advisor to UCC* entered on July 17, 2009 (Docket No. 794) (the "*Scheduling Order*"). In support hereof, K&L Gates respectfully states as follows:

1.      On June 22, 2009, K&L Gates filed its final feel application as counsel to the Committee (Docket No. 762) (the  "*Fee Application*"). Four objections were filed to the Fee Application by parties in interest. *See Response of U.S. Bank National Association to Final Fee Application of K&L Gates LLP as Counsel to the Official Committee of Unsecured Creditors and Request to Limit Notice* (Docket No. 773); *U.S. Trustee's Objection to Application for Allowance*

---

[1]     Jointly administered estates of the following Debtors: ARC Venture Holding, Inc., Case No. BKY 08-46367; Southwest-Tex Leasing Co., Inc., d/b/a Advantage, Case No. BKY 08-46368; Advantage Rent-A-Car, Inc., Case No. BKY 08-46369; Coast Leasing Corp., Case No. BKY 08-46370; Floral Leasing Corp., Case No. BKY 08-46371; Iliad Leasing Corp., Case No. BKY 08-46372; Miso Leasing Corp., Case No. BKY 08-46373; Nugget Leasing Corp., Case No. BKY 08-46374; Okra Leasing Corp., Case No. BKY 08-46375; Rainier Leasing Corp., Case No. BKY 08-46376; San Antonio Rental & Leasing Co., Inc., Case No. BKY 08-46377; Steamboat Springs Rental & Leasing Co., Inc., Case No. BKY 08-46379; Sun Leasing Corporation, Case No. BKY 08-46380; Tradewinds U-Drive, Inc., Case No. BKY 08-46383; Ute Leasing Corporation, Case No. BKY 08-46384; ARC Licensing LLC, Case No. BKY 09-40394.

E-470163 v4

*of Fees and Expenses by K&L Gates LLP as Attorneys to the Official Committee of Unsecured Creditors* (Docket No. 774); *Objection by Chapter 7 Trustee to Final Fee Application of K&L Gates LLP* (Docket No. 779); and *Objection to Final Fee Application of K&L Gates LLP as Counsel to the Official Committee of Unsecured Creditors and Request to Limit Notice* filed by Hyundai Capital America ("*Hyundai*") (Docket No. 780).

2. Pursuant to paragraph 2 of the Scheduling Order:

No later than ten (10) days prior to the hearing, all parties are expected to confer and enter into a stipulation as to the following: (a) Waiver of objections to the admissibility of exhibits on the grounds of lack of identification or foundation where the identification or foundation is not to be contested; (b) waiver of objections to the admissibility of depositions proposed to be offered in evidence, if any; (c) Facts which are not disputed. This stipulation shall be reduced to writing in a form which can be adopted by the Court as Findings of Fact.

3. On August 17, 2009, at 11:00 a.m., K&L Gates, Brian Leonard (the chapter 7 trustee), counsel for Hyundai, and counsel for U.S. Bank conferred by telephone with respect to those items set forth in paragraph 2 of the Scheduling Order. Michael Fadlovich of the U.S. Trustee's office did not attend the telephone conference, nor did he respond to requests for his availability.

4. At that telephone conference, the parties discussed the admission of exhibits and undisputed facts. K&L Gates does not anticipate that it will offer oral testimony and expects that the Court will rule, following a hearing, on the basis of the docket, hearing transcripts, and written argument. K&L Gates does not believe that any of the objecting parties will offer oral testimony, but again, it had not heard from the U.S. Trustee's office at the time of preparing this motion.[2] K&L Gates is in the process of drafting a stipulation summarizing the history of the

---

[2] As K&L Gates was prepared to file this Motion, at 4:26 p.m., Mr. Fadlovich contacted Robert Shannon at K&L Gates via e-mail indicating that he was available to confer. They have since had a telephone conference and are continuing to discuss these matters.

bankruptcy proceeding (the "*Stipulation*") that is acceptable to all parties, but will be unable to complete the Stipulation until it confers with the U.S. Trustee's office. Accordingly, K&L Gates respectfully requests an extension to submit the Stipulation until August 21, 2009. In addition, and in connection with the requirements of the Scheduling Order, K&L Gates has proposed several exhibits to the parties but does not anticipate admissibility of these exhibits will be an issue.

**WHEREFORE**, K&L Gates respectfully requests that this Court enter an order extending the deadline to file the Stipulation until August 21, 2009.

Dated:  August 17, 2009     Respectfully submitted,

**K&L GATES LLP**

By: /s/ Sarah H. Bryan
     One of its Attorneys

Harley J. Goldstein (admitted pro hac vice)
Robert V. Shannon (admitted pro hac vice)
Sarah H. Bryan (admitted pro hac vice)
K&L Gates LLP
70 West Madison Street, Suite 3100
Chicago, Illinois 60602-4207
Telephone:  (312) 372-1121
Facsimile:  (312) 827-8000

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

ARC Venture Holding, Inc., *et al*.,

Debtors.[1]

Case No. 08 – 46367
(Jointly Administered)

Chapter 11

**UNSWORN CERTIFICATE OF SERVICE**

I, Sarah H. Bryan, under penalty of perjury, hereby declare that on August 17, 2009, in connection with the above-referenced matter, the following document:

1. **K&L GATES'S MOTION TO EXTEND DEADLINE TO FILE STIPULATION**

was filed with the Clerk of Court via CM/ECF system, and ECF will send a notice of electronic filing to all of the parties requesting electronic notice.

**CM/ECF Electronic Notice List**

Marc A. Al on behalf of Interested Party Bond Safeguard Insurance Co. and
maal@stoel.com, jlhanson@stoel.com, mrlemke@stoel.com

Alan E. Brown on behalf of Debtor ARC Venture Holding, Inc.
abrown@larkinhoffman.com

Edwin H. Caldie on behalf of Interested Party Hyundai Motor Finance Company
Edwin.Caldie@fmjlaw.com

Roylene A Champeaux on behalf of Interested Party United States Air Force,
c/o Roylene A. Champeaux
Roylene.Champeaux@usdoj.gov karen.malikowski@usdoj.gov
usamn.ecfbankruptcy@usdoj.gov Muriel.Holland@usdoj.gov

---

[1] Jointly administered estates of the following Debtors: ARC Venture Holding, Inc., Case No. BKY 08-46367; Southwest-Tex Leasing Co., Inc., d/b/a Advantage, Case No. BKY 08-46368; Advantage Rent-A-Car, Inc., Case No. BKY 08-46369; Coast Leasing Corp., Case No. BKY 08-46370; Floral Leasing Corp., Case No. BKY 08-46371; Iliad Leasing Corp., Case No. BKY 08-46372; Miso Leasing Corp., Case No. BKY 08-46373; Nugget Leasing Corp., Case No. BKY 08-46374; Okra Leasing Corp., Case No. BKY 08-46375; Rainier Leasing Corp., Case No. BKY 08-46376; San Antonio Rental & Leasing Co., Inc., Case No. BKY 08-46377; Steamboat Springs Rental & Leasing Co., Inc., Case No. BKY 08-46379; Sun Leasing Corporation, Case No. BKY 08-46380; Tradewinds U-Drive, Inc., Case No. BKY 08-46383; Ute Leasing Corporation, Case No. BKY 08-46384; Advantage Licensing LLC, Case No. BKY 09-40394.

Monica L. Clark on behalf of Interested Party U.S. Bank National Association
clark.monica@dorseylaw.com

Kenneth Corey-Edstrom on behalf of Debtor ARC Venture Holding, Inc.
kcoreyedstrom@larkinhoffman.com  bhogan@larkinhoffman.com
bpeppersack@larkinhoffman.com  klatham@larkinhoffman.com

William J. Coughlin on behalf of Interested Party Axle Capital, LLC
wjclaw@yahoo.com

John P. Dillman on behalf of Interested Party Consolidated Tax Collections of Washington County
houston_bankruptcy@publicans.com

Jeffer, Mangels, Butler & Marmaro LL Djang on behalf of Creditor Knight Management Insurance Services, LLC
crd@jmbm.com

Michelle K. Dove on behalf of Interested Party U.S. Bank National Association
dove.michelle@dorsey.com  yokiel.maryjo@dorsey.com

Theresa H. Dykoschak on behalf of Creditor DELL FINANCIAL SERVICES LLC
tdykoschak@faegre.com  bwalz@faegre.com

Michael E. Emrich on behalf of Creditor Riverside Claims, LLC.
notice@regencap.com  memrich@regencap.com

Thomas Flynn on behalf of Debtor ARC Venture Holding, Inc.
tflynn@larkinhoffman.com  bpeppersack@larkinhoffman.com  klatham@larkinhoffman.com

MICHAEL J. GEARIN on behalf of Interested Party Expedia, Inc. Expedia, Inc. d/b/a Expedia Travel, Hotels.com, Hotwire, Inc., TravelNow.com, Inc. and Travelscape, LLC
michael.gearin@klgates.com  bankruptcyecf@klgates.com

Steven A. Ginther on behalf of Interested Party Missouri Department of Revenue
mn@dor.mo.gov

Lara O. Glaesman on behalf of Interested Party Hyundai Capital America
lara.glaesman@fmjlaw.com

Wesley T. Graham on behalf of Interested Party Sabre Inc. and Travelocity.com LP
wgraham@hensonefron.com  cfisher@hensonefron.com

Harris Beach PLLC Griffith on behalf of Interested Party Bond Safeguard Insurance Co. and
kgriffith@harrisbeach.com  kryan@harrisbeach.com

Stephen F Grinnell on behalf of Interested Party Chrysler Financial Services Americas LLC
stephen.grinnell@gpmlaw.com

Ronald E. Haglof on behalf of Creditor ENTERPRISE RENT-A-CAR COMPANY
rhaglof@thompsoncoburn.com cducey@thompsoncoburn.com

Leslie Kathleen Harrell-Latham on behalf of Debtor ARC Venture Holding, Inc.
klatham@larkinhoffman.com mleonard@larkinhoffman.com

Thompson, O'Brien, Kemp & Nasuti, P Hight on behalf of Interested Party Mansfield Oil Company
thight@tokn.com

Jane M. Hill on behalf of Creditor PEAKSTONE FINANCIAL SERVICES INC
jhill@larsonking.com rsommers@larsonking.com jlurken@larsonking.com gyang@larsonking.com

Mark J. Kalla on behalf of Other Party BANK OF THE WEST
kalla.mark@dorsey.com hanson.leann@dorsey.com

Douglas W. Kassebaum on behalf of Interested Party ROSEDALE DODGE, INC.
dkassebaum@fredlaw.com scharter@fredlaw.com

Robert T. Kugler on behalf of Interested Party State Farm Mutual Automobile Insurance Company
robert.kugler@leonard.com callie.sanford@leonard.com

Connie Lahn on behalf of Interested Party Hyundai Motor Finance Company
connie.lahn@fmjlaw.com Aong.Moua@fmjlaw.com

Thomas Lallier on behalf of Creditor Directory Advertising Specialists, Inc. dba DAS Group
tlallier@foleymansfield.com

David A. Lander on behalf of Creditor ENTERPRISE RENT-A-CAR
dlander@thompsoncoburn.com hspurgeon@thompsoncoburn.com

Joseph W. Lawver on behalf of Creditor CARLTON FINANCIAL CORPORATION
jlawver@messerlikramer.com mnygaard@messerlikramer.com

William H. Leech on behalf of Creditor PEAKSTONE FINANCIAL SERVICS INC
bleech@cctb.com vbarr@cctb.com

Jennifer Lurken on behalf of Creditor Peakstone Financial Services, Inc., d/b/a Sonoran National Insurance Group
jlurken@larsonking.com gyang@larsonking.com

Nauni J. Manty on behalf of Creditor CONSTANCE CASELLA
ecf@mantylaw.com

Ralph Mitchell on behalf of Creditor Committee UNSECURED CREDITORS COMMITTEE
rmitchell@lapplibra.com jpipp@lapplibra.com

Zachary Mosner on behalf of Interested Party STATE OF WASHINGTON
BCUMosner@atg.wa.gov

Joel D. Nesset on behalf of Interested Party Maria Romano and United States Rent-A-Car, Inc.
jnesset@hinshawlaw.com   akulbeik@hinshawlaw.com  lswanson@hinshawlaw.com
kmoore@hinshawlaw.com

ROSA ORENSTEIN on behalf of Creditor DALLAS FORT WORTH INTERNATIONAL
AIRPORT
rorenstein@lrmlaw.com

Tinna Orduno
torduno@larkinhoffman.com

Jamie R. Pierce on behalf of Interested Party Maria Romano and United States Rent-A-Car, Inc.
jpierce@hinshawlaw.com  akulbeik@hinshawlaw.com  mpocock@hinshawlaw.com
kmoore@hinshawlaw.com

Lester William Porter on behalf of Interested Party 5757 South Semoran Blvd. LLC
bill.porter@lowndes-law.com  JoAnn.Anderson@lowndes-law.com

Robert Raschke on behalf of U.S. Trustee US Trustee
robert.raschke@usdoj.gov

Reagan & McLain Reagan on behalf of Interested Party Star Tire Company, Inc.
bob@reaganmclain.com

Michael E. Ridgway on behalf of U.S. Trustee US Trustee
mike.ridgway@usdoj.gov

Martha A. Romero on behalf of Interested Party c/o Martha E. Romero San Bernardino County
Tax Collector
romero@mromerolawfirm.com

Danny E. Ruhl on behalf of Creditor PEAKSTONE FINANCIAL SERVICES INC
druhl@cctb.com  vbarr@cctb.com

David E. Runck on behalf of Interested Party Hyundai Motor Finance Company
david.runck@fmjlaw.com, Aong.Moua@fmjlaw.com

Richard C Salmen on behalf of Interested Party Felhaber, Larson, Fenlon & Vogt, P.A.
rsalmen@felhaber.com

Diane W Sanders on behalf of Interested Party CITY OF EDINBURG
austin.bankruptcy@publicans.com

Jacob B. Sellers on behalf of Interested Party State Farm Mutual Automobile Insurance Company
jacob.sellers@leonard.com  callie.sanford@leonard.com

George H Singer on behalf of Interested Party Enterprise Rent-A-Car Company
gsinger@lindquist.com  lnorton@lindquist.com

Rebecca G. Sluss on behalf of Interested Party The Hertz Corporation
rsluss@oppenheimer.com

Stephen C. Stapleton on behalf of Interested Party Sabre Inc. and Travelocity.com LP
sstapleton@dykema.com

John M. Stern on behalf of Interested Party TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
john.stern@oag.state.tx.us  sherri.simpson@oag.state.tx.us

Matthew A Swanson on behalf of Interested Party State Farm Mutual Automobile Insurance Company
matthew.swanson@leonard.com  callie.sanford@leonard.com

Amy J Swedberg on behalf of Creditor CITY OF PHOENIX
amy.swedberg@maslon.com

Kristina Swenson
kswenson@larkinhoffman.com

US Trustee
ustpregion12.mn.ecf@usdoj.gov

Kimberly A. Walsh on behalf of Interested Party TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
bk-kwalsh@oag.state.tx.us  Sherri.simpson@oag.state.tx.us

William P Wassweiler on behalf of Creditor Credit Union of Texas
wwassweiler@lindquist.com  lnorton@lindquist.com

Elizabeth Weller on behalf of Interested Party DALLAS COUNTY
bethw@publicans.com  dallas.bankruptcy@publicans.com

Rachel L Wright on behalf of Interested Party Hicks Sports Marketing Group
rwright@shannongracey.com

David J. Zoll on behalf of Interested Party City of Kansas City
djzoll@locklaw.com  smgrossheim@locklaw.com

Dated:  August 17, 2009                    Respectfully submitted,

**K&L GATES LLP**

By:  /s/ Sarah H. Bryan
     One of its Attorneys

Harley J. Goldstein (admitted pro hac vice)
Robert V. Shannon (admitted pro hac vice)
Sarah H. Bryan (admitted pro hac vice)
K&L Gates LLP
70 West Madison Street, Suite 3100
Chicago, Illinois 60602-4207
Telephone: (312) 372-1121
Facsimile: (312) 827-8000