# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:

ARC Venture Holding, Inc., *et al.*,

Debtors.[1]

Case No. 08 – 46367 (NCD)

(Jointly Administered)

## ORDER GRANTING MOTION TO EXTEND DEADLINE TO FILE STIPULATION

Upon the motion (the "*Motion*")[2] of K&L Gates LLP ("*K&L Gates*") for an order extending the deadline to file a Stipulation pursuant to the Court's Scheduling Order; the Court having reviewed the Motion and determining that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; that this proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); that venue of this proceeding is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and that notice of this Motion and opportunity for a hearing on this Motion was appropriate under the particular circumstances and that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED:

1. The Motion is granted.

2. The deadline to file the Stipulation is extended until August 21, 2009.

---

[1] Jointly administered estates of the following Debtors: ARC Venture Holding, Inc., Case No. 08-46367; Southwest-Tex Leasing Co., Inc., d/b/a Advantage, Case No. 08-46368; Advantage Rent-A-Car, Inc., Case No. 08-46369;Coast Leasing Corp., Case No. 08-46370; Floral Leasing Corp., Case No. 08-46371; Iliad Leasing Corp., Case No. 08-46372; Miso Leasing Corp., Case No. 08-46373; Nugget Leasing Corp., Case No. 08-46374; Okra Leasing Corp., Case No. 08-46375; Rainier Leasing Corp., Case No. 08-46376; San Antonio Rental & Leasing Co., Inc., Case No. 08-46377; Steamboat Springs Rental and Leasing Co., Inc., Case No. 08-46379; Sun Leasing Corporation, Case No. 08-46380; Tradewinds U-Drive, Inc., Case No. 08-46383; Ute Leasing Corporation, Case No. 08-46384; Advantage Licensing LLC Case No. 09-40394.

[2] Capitalized terms not defined herein will have the meaning ascribed to them in the Motion.

E-470166 v1

- 2 -

3.      This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

Dated:   August 18  , 2009

          /e/ Nancy C. Dreher
_____
CHIEF UNITED STATES BANKRUPTCY JUDGE

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 08/18/2009
Lori Vosejpka, Clerk, by KN