UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

_____

In re:                                                                  BKY Case No.: 08-46367

ARC Venture Holding, Inc., et al.,                                      Chapter 7
                                                                        (Jointly Administered)
                Debtors.[1]

_____

## TRUSTEE'S AMENDED WITNESS LIST

1. Kenneth Corey-Edstrom – this witness is expected to testify regarding matters concerning the value, necessity, and benefit to these bankruptcy estates, of the legal services rendered by K & L Gates, LLP.

2. John D. Lamey – this witness is expected to testify as to the participation, if any, of K & L Gates, LLP and the preparation and filing of the pending Motion for Resolution of Disputed Trustee Election by LaLumbre Investment, LLC.

3. Brian F. Leonard – this witness is expected to testify regarding the communications received from Harley Goldstein on June 2, 2009, and subsequently, regarding the appointment of Brian F. Leonard as interim trustee and the professionals to be hired by said Trustee.

---

[1] Jointly administered estates of the following Debtors: ARC Venture Holding, Inc., Case No. 08-46367; Southwest-Tex Leasing Co., Inc., d/b/a Advantage, Case No. 08-46368; Advantage Rent-A-Car, Inc., Case No. 08-46369; Coast Leasing Corp., Case No. 08-46370; Floral Leasing Corp., Case No. 08-46371; Iliad Leasing Corp., Case No. 08-46372; Miso Leasing Corp., Case No. 08-46373; Nugget Leasing Corp., Case No. 08-46374; Okra Leasing Corp., Case No. 08-46375; Rainier Leasing Corp., Case No. 08-46376; San Antonio Rental & Leasing Co., Inc.; Case No. 08-46377; Steamboat Springs Rental and Leasing Co., Inc., Case No. 08-46379; Sun Leasing Corporation, Case No. 08-46380; Tradewinds U-Drive, Inc., Case No. 08-46383 Ute Leasing Corporation, Case No. 08-46384; Advantage Licensing LLC, Case No. 09-40394.

| | |
|---|---|
| | **LEONARD, O'BRIEN<br>SPENCER, GALE & SAYRE, LTD.** |
| | /e/ Brian F. Leonard |
| Dated: August 24, 2009 | _____ |
| | Brian F. Leonard, #62236<br>*bleonard@losgs.com*<br>100 South 5th Street, Suite 2500<br>Minneapolis, MN 55402<br>(612) 332-1030 |

407635

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

_____

In re:                                                                                          BKY Case No.:  08-46367

ARC Venture Holding, Inc., et al.,                                                  Chapter 7
                                                                                        (Jointly Administered)
          Debtors.[1]

_____

**UNSWORN CERTIFICATE OF SERVICE**

I hereby certify that on August 24, 2009, I caused the following document(s):

    *Trustee's Amended Witness List*

to be filed electronically with the Clerk of Court through ECF, and that the above documents will be delivered by automatic e-mail notification pursuant to ECF and this constitutes service or notice pursuant to Local Rule 9006-1(a).


Dated:  August 24, 2009

    /e/  Stephanie Wood
    _____
Stephanie Wood
100 South Fifth Street, Suite 2500
Minneapolis, MN  55402
(612) 332-1030

407797

---

[1] Jointly administered estates of the following Debtors:  ARC Venture Holding, Inc., Case No. 08-46367; Southwest-Tex Leasing Co., Inc., d/b/a Advantage, Case No. 08-46368; Advantage Rent-A-Car, Inc., Case No. 08-46369; Coast Leasing Corp., Case No. 08-46370; Floral Leasing Corp., Case No. 08-46371; Iliad Leasing Corp., Case No. 08-46372; Miso Leasing Corp., Case No. 08-46373; Nugget Leasing Corp., Case No. 08-46374; Okra Leasing Corp., Case No. 08-46375; Rainier Leasing Corp., Case No. 08-46376; San Antonio Rental & Leasing Co., Inc.; Case No. 08-46377; Steamboat Springs Rental and Leasing Co., Inc., Case No. 08-46379; Sun Leasing Corporation, Case No. 08-46380; Tradewinds U-Drive, Inc., Case No. 08-46383 Ute Leasing Corporation, Case No. 08-46384; Advantage Licensing LLC, Case No. 09-40394.