*WITNESS AND EXHIBIT RECORD*

| DATE | CASE NUMBER | JUDGE | OPERATOR | PAGE NUMBER |
|---|---|---|---|---|
| **2009-08-26** | **08-46367** | **NANCY C. DREHER** | **Susan Newsom** 2:00 PM(Courtroom 7 West (Minneapolis)) | 1 OF |

| CASE TITLE | NAMES OF COUNSEL |
|---|---|
| **Chapter 7 BKY** | **Atty for Debtor: Kenneth Corey-Edstrom, Thomas Flynn** |

| OPENING AND CLOSING STATEMENTS: (If any) | | | |
|---|---|---|---|
| **ON BEHALF OF** | **BY** | **OPEN** | **CLOSE** |
| | | | |
| | | | |
| | | | |

| NAME OF WITNESS | DIRECT | CROSS | REDIRECT | RECROSS | V.D. |
|---|---|---|---|---|---|
| Sven Nylen | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| EXHIBIT NUMBER | DESCRIPTION | DATE OFFERED | DATE RECEIVED |
|---|---|---|---|
| UST 1 | Proof of Claim #359 for CarRentals.Com | 8/26/09 | 8/26/09 |
| Trustees 1 | Proof of Claim # 246 for CarRentals.com | 8/26/09 | 8/26/09 |