# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:  BKY Case No.: 08-46367

ARC Venture Holding, Inc., et al.,  Chapter 7
(Jointly Administered)

Debtors.[1]

## ORDER

A Final Fee Application has been filed in this case by The Arlow Group, seeking compensation for professional services rendered to the Unsecured Creditors' Committee. Objections thereto were filed by the Office of the U. S. Trustee, and by the Chapter 7 Trustee (the "Objections").

A Stipulation dated August 24, 2009 executed by The Arlow Group, the Office of the U. S. Trustee, and the Chapter 7 Trustee, has been filed in this case (the "Stipulation"), which Stipulation resolves and settles the Objections, subject to approval of this Court.

Upon all of the files and proceedings in this case, and the Court being fully advised in the premises, it is hereby

**ORDERED**, that the Stipulation is approved and the parties are directed to implement the terms thereof.

Dated: September 2, 2009

/e/ Nancy C. Dreher

Nancy C. Dreher
Chief Judge, United States Bankruptcy Court

407905

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *09/02/2009*
Lori Vosejpka, Clerk, by KN

---

[1] Jointly administered estates of the following Debtors: ARC Venture Holding, Inc., Case No. 08-46367; Southwest-Tex Leasing Co., Inc., d/b/a Advantage, Case No. 08-46368; Advantage Rent-A-Car, Inc., Case No. 08-46369; Coast Leasing Corp., Case No. 08-46370; Floral Leasing Corp., Case No. 08-46371; Iliad Leasing Corp., Case No. 08-46372; Miso Leasing Corp., Case No. 08-46373; Nugget Leasing Corp., Case No. 08-46374; Okra Leasing Corp., Case No. 08-46375; Rainier Leasing Corp., Case No. 08-46376; San Antonio Rental & Leasing Co., Inc.; Case No. 08-46377; Steamboat Springs Rental and Leasing Co., Inc., Case No. 08-46379; Sun Leasing Corporation, Case No. 08-46380; Tradewinds U-Drive, Inc., Case No. 08-46383 Ute Leasing Corporation, Case No. 08-46384; Advantage Licensing LLC, Case No. 09-40394.