UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:                                §
                                      §    Case No.: 08-46367
ARC Venture Holding, Inc., et al.,    §    Chapter 7
                                      §    Jointly Administered
         Debtors.[2]                  §
                                      §

ORDER APPROVING STIPULATION
FOR ALLOWANCE OF CHAPTER 11 ADMINISTRATIVE CLAIM ASSERTED BY
TRAVELOCITY.COM LP

The Stipulation filed with the Court by and among Brian F. Leonard, chapter 7 trustee of the bankruptcy estates of the above-referenced debtors ("Trustee") and Travelocity.com LP ("Travelocity"), which Stipulation is effective as of the date hereof, having been reviewed by the Court,

THE SAME IS

1. Hereby approved in all respects, and

2. The parties are directed to act in accordance therewith.

Dated: September 18, 2009

/e/ Nancy C. Dreher
_____
The Honorable Nancy C. Dreher
Chief United States Bankruptcy Judge

DALLAS\41219.1
ID\SCS - 105051/0009

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 09/18/2009
Lori Vosejpka, Clerk, By KK, Deputy Clerk

---

[2] Jointly administered estates of the following Debtors: ARC Venture Holding, Inc., Case No. BKY 08-46367; Southwest-Tex Leasing Co., Inc., d/b/a Advantage, Case No. BKY 08-46368; Advantage Rent-A-Car, Inc., Case No. BKY 08-46369; Coast Leasing Corp., Case No. BKY 08-46370; Floral Leasing Corp., Case No. BKY 0846371; Iliad Leasing Corp., Case No. BKY 08-46372; Miso Leasing Corp., Case No. BKY 08-46373; Nugget Leasing Corp., Case No. BKY 08-46374; Okra Leasing Corp., Case No. BKY 08-46375; Rainier Leasing Corp., Case No. BKY 08-46376; San Antonio Rental & Leasing Co., Inc., Case No. BKY 08-46377; Steamboat Springs Rental & Leasing Co., Inc., Case No. BKY 08-46379; Sun Leasing Corporation, Case No. BKY 08-46380; Tradewinds U-Drive, Inc., Case No. BKY 08-46383; Ute Leasing Corporation, Case No. BKY 08-46384.