**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

_____

In re:                                                                                        BKY Case No.: 08-46367

ARC Venture Holding, Inc., et al.,                                                Chapter 7
                                                                                         (Jointly Administered)

                Debtors.[1]

_____

**ORDER**

A Stipulation executed by Directory Advertising Specialists, Inc. d/b/a DAS Group, Inc., Hyundai Motor Finance Company, and the Chapter 7 Trustee has been filed in this case (the "Stipulation").

Based upon all of the files and proceedings in this case, and the Court being fully advised in the premises, it is hereby

**ORDERED**, that the Stipulation is hereby approved.

Dated: __October 20__, 2009                    /e/ Nancy C. Dreher_____
                                                              Nancy C. Dreher
                                                              Chief U.S. Bankruptcy Court Judge

410953

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *10/20/2009*
Lori Vosejpka, Clerk, By kn, Deputy Clerk

---

[1] Jointly administered estates of the following Debtors: ARC Venture Holding, Inc., Case No. 08-46367; Southwest-Tex Leasing Co., Inc., d/b/a Advantage, Case No. 08-46368; Advantage Rent-A-Car, Inc., Case No. 08-46369; Coast Leasing Corp., Case No. 08-46370; Floral Leasing Corp., Case No. 08-46371; Iliad Leasing Corp., Case No. 08-46372; Miso Leasing Corp., Case No. 08-46373; Nugget Leasing Corp., Case No. 08-46374; Okra Leasing Corp., Case No. 08-46375; Rainier Leasing Corp., Case No. 08-46376; San Antonio Rental & Leasing Co., Inc.; Case No. 08-46377; Steamboat Springs Rental and Leasing Co., Inc., Case No. 08-46379; Sun Leasing Corporation, Case No. 08-46380; Tradewinds U-Drive, Inc., Case No. 08-46383 Ute Leasing Corporation, Case No. 08-46384; Advantage Licensing LLC, Case No. 09-40394.