Change Address  10-19-09

To whom it may concern:

RECEIVED
09 OCT 26 AM 9:29
U.S. BANKRUPTCY COURT

Hi, my name is <u>Nora M. Paquot de Galvez</u>, my SS# is ███1882, my DOB 06-30-73.

I filed a proof of claim on August 2009 for case <u>No: 08-46367 ARC Venture Holding Inc.</u>

My old address was:
10302 Doty ave #3 Inglewood CA 90303

Please send me any mail or my check to my new address:
(11968 York ave Apt #8, Hawthorne CA 90250)

my cell phone is: 3106589718
email: paquot50@hotmail.com

I will really appreciate it. Thank you.

Nora M. Paquot de Galvez