UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

_____

In re:                                                          BKY Case No.: 08-46367
ARC Venture Holding, Inc., et al.,                            Chapter 7
                                                                (Jointly Administered)
                     Debtors.1

_____

**NOTICE TO ALL CREDITORS OF SETTLEMENT AND COMPROMISE**

The undersigned Trustee of the estate of the Debtors named above intends to settle and compromise a claim held by the bankruptcy estate as follows:

       The Trustee has reached an agreement with three creditors, Hyundai Capital of America, U. S. Bank, and G E Fleet Leasing (collectively the "Fleet Lenders"), all of which held an interest in the Debtors' rental fleet, and who filed certain claims for relief during the Debtors' Chapter 11 case. A Stipulation has been executed which provides for a division of the Escrow Fund which has a present balance of $9,740,000.00 and which was established under Bankruptcy Court Order from the proceeds of the sale of the Debtors' assets which occurred during the Debtors Chapter 11 case. The Trustee, on behalf of the Debtors bankruptcy estates, will receive $694,100.00 plus accrued interest, and the balance of the Escrow Fund will be paid to the Fleet Lenders pursuant to the Stipulation. The Fleet Lenders will also have allowed Chapter 11 administrative claims in this case of $6,591,173.73, $2,367,712.84 and $887,385.47, respectively. The undersigned has, or will, file a Motion seeking approval of the Stipulation, and a hearing thereon will be held before Chief Judge Nancy C. Dreher in Courtroom 7W, U. S. Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55402 on the 9th day of December, 2009 at 1:00 o'clock p.m. A copy of the formal Motion and the Stipulation may be viewed on the Court's docket at www.mnb.uscourts.gov, or a copy of the Motion may be obtained from the undersigned upon request in writing. ANY RESPONSES TO THE FOREGOING MOTION MUST BE SERVED IN ACCORDANCE WITH LOCAL RULES AND BY DELIVERY AND FILED NO LATER THAN DECEMBER 4, 2009, OR SERVED IN ACCORDANCE WITH LOCAL RULES AND BY MAIL AND FILED NO LATER THAN NOVEMBER 30, 2009.. UNLESS A RESPONSE IS SERVED AND FILED, THE COURT MAY GRANT THE MOTION WITHOUT A HEARING.

Dated: November 10, 2009                            /e/ Brian F. Leonard, Trustee
                                                                 Brian F. Leonard, Trustee
                                                                   100 South Fifth Street, Suite 2500
                                                                   Minneapolis, MN 55402
                                                                   (612) 332-1030

411852

---

1 Jointly administered estates of the following Debtors: ARC Venture Holding, Inc., Case No. 08-46367; Southwest-Tex Leasing Co., Inc., d/b/a Advantage, Case No. 08-46368; Advantage Rent-A-Car, Inc., Case No. 08-46369; Coast Leasing Corp., Case No. 08-46370; Floral Leasing Corp., Case No. 08-46371; Iliad Leasing Corp., Case No. 08-46372; Miso Leasing Corp., Case No. 08-46373; Nugget Leasing Corp., Case No. 08-46374; Okra Leasing Corp., Case No. 08-46375; Rainier Leasing Corp., Case No. 08-46376; San Antonio Rental & Leasing Co., Inc.; Case No. 08-46377; Steamboat Springs Rental and Leasing Co., Inc., Case No. 08-46379; Sun Leasing Corporation, Case No. 08-46380; Tradewinds U-Drive, Inc., Case No. 08-46383 Ute Leasing Corporation, Case No. 08-46384; Advantage Licensing LLC, Case No. 09-40394.