# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:

ARC Venture Holding, Inc., *et al.*,

        Debtors.[1]

)
)
)
)
)
)
)
)
)

Chapter 7 Bankruptcy Cases

08-46367

(Jointly Administered)

## ORDER APPROVING STIPULATION AND RESOLVING OBJECTION

The above-captioned matter came before the Court on the parties' Stipulation Resolving Objection To Duplicative Claims Of State Farm Mutual Automobile Insurance Company (the "Stipulation")[2]; the Court, having reviewed the matter, and being fully advised, hereby enters the following:

IT IS HEREBY ORDERED THAT:

1. The terms of the Stipulation are hereby approved and shall constitute the findings and order of this Court, including, but not limited to, the finding and order that if State Farm receives relief from the automatic stay to pursue and liquidate its claims in a forum other than this Court or should the Debtors' cases be dismissed, any statute of limitations defense to State Farm's claims that did not exist at the time the Complaint was filed is hereby deemed to have been forever waived by the Debtors, the Debtors' estates, the Trustee and any successors thereto.

2. The Claim Objection is hereby dismissed without prejudice to the Trustee's right to file a substantive objection.

Dated:   November 18, 2009

/e/ Nancy C. Dreher
Chief United States Bankruptcy Court Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *11/18/2009*
Lori Vosejpka, Clerk, by KK

---

[1] Jointly administered estates of the following debtors: ARC Venture Holding, Inc.; Southwest-Tex Leasing Co., Inc., d/b/a Advantage; Advantage Rent-A-Car, Inc.; Coast Leasing Corp.; Floral Leasing Corp.; Iliad Leasing Corp.; Miso Leasing Corp.; Nugget Leasing Corp.; Okra Leasing Corp.; Rainier Leasing Corp.; San Antonio Rental & Leasing Co., Inc.; Steamboat Springs Rental & Leasing Co., Inc.; Sun Leasing Corporation; Tradewinds U-Drive, Inc.; and Ute Leasing Corporation (collectively, the "Debtors").

[2] Capitalized terms not defined herein shall have the meaning ascribed to them in the Stipulation.