UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

ARC VENTURE HOLDING, INC., ET AL,

        Debtor.         BKY 08-46367

BRIAN F. LEONARD, TRUSTEE,

        Plaintiff,         ADV 09-4132

  -v.-

                JUDGMENT

ROSEDALE FLEET LEASING II LLC,
ROSEDALE DODGE, INC.,
WALDEN FLEET SERVICES II, INC.,
DENNY HECKER AUTOMOTIVE GROUP, INC.,
WALDEN INVESTMENT, LLC, and
EAGLE TRAVEL SYSTEMS, INC.,

        Defendants.

---

    This proceeding came before the court, and a decision or order for judgment was duly rendered, the Honorable Nancy C. Dreher, United States Bankruptcy Judge, presiding.

    IT IS THEREFORE ORDERED AND ADJUDGED

    The Clerk shall enter default Judgment in favor of Plaintiff Brian F. Leonard, Trustee, and against the Defaulting Defendants under Fed. R. Civ. P. 55 and Bankruptcy Rule 7055 in the amounts indicated:

| | |
|---|---|
| Rosedale Dodge, Inc. | $37,871,432.29 |
| Walden Fleet Services II, Inc., | $ 1,577,999.95 |
| Walden Investment, LLC | $ 1,373,700.00 |
| Denny Hecker Automotive Group, Inc. | $ 2,411,806.80 |

At:   Minneapolis, Minnesota.         Lori A. Vosejpka, Clerk
Dated:  March 24, 2010.            United States Bankruptcy Court

                              By  /e/ Karen Krouch
                                  Deputy Clerk

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *03/24/2010*
Lori Vosejpka, Clerk, by KK